IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Pryor, Nineka N

Printed: 12/02/08

Case Number:  08 B 01810
Judge:  Wedoff, Eugene R
Filed:  1/28/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed:  October 16, 2008
Confirmed:  May 15, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 600.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 561.00 |
| Trustee Fee: |  | 39.00 |
| Other Funds: |  | 0.00 |
| Totals: | 600.00 | 600.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Burns & Wincek, Ltd. | Administrative | 3,500.00 | 561.00 |
| 2. | Illinois Dept of Revenue | Priority | 41.00 | 0.00 |
| 3. | Asset Acceptance | Unsecured | 110.83 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 41.05 | 0.00 |
| 5. | Debt Recovery Solutions | Unsecured | 32.25 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 24.87 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 992.00 | 0.00 |
| 8. | Commonwealth Edison | Unsecured | 172.49 | 0.00 |
| 9. | ICS | Unsecured | | No Claim Filed |
| 10. | Allied Data Corp | Unsecured | | No Claim Filed |
| 11. | KCA Financial Services | Unsecured | | No Claim Filed |
| 12. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 13. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 14. | GMAC Auto Financing | Unsecured | | No Claim Filed |
| | | | $ 4,914.49 | $ 561.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 39.00 |
| | $ 39.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Pryor, Nineka N

Printed: 12/02/08

Case Number:  08 B 01810

Judge:  Wedoff, Eugene R

Filed:  1/28/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

